**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

BARRY W. STEWART                                                                                    PLAINTIFF
ADC #90371

V.                                              NO: 5:10CV00027 HDY

RAY HOBBS *et al.*                                                                                    DEFENDANTS

### ORDER

On July 20, 2010, Plaintiff filed a motion to compel discovery, and for sanctions (docket entry #36). Defendants filed a response on July 26, 2010 (docket entry #38). Plaintiff's motion generally complains that Defendants' discovery responses, in particular his requests for admission, were evasive, but fails to identify the specific requests at issue. Defendants' response to Plaintiff's motion indicates that they have responded to his discovery requests, although Plaintiff may take issue with some responses. Without specific identification of the discovery requests in dispute, Plaintiff is not entitled to an order compelling responses, or for sanctions. Accordingly, Plaintiff's motion to compel and for sanctions (docket entry #36) is DENIED.

IT IS SO ORDERED this   27   day of July, 2010.

_____
UNITED STATES MAGISTRATE JUDGE